UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| THALIAH CHRISTINA JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-855-JD-MGG |
| ) | |
| SOUTH UNIVERSITY, LLC ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is Plaintiff Thaliah Christina James' Notice of Voluntary Dismissal Without Prejudice, dismissing her claims against Defendant South University, LLC, without prejudice. The Defendant has not responded in opposition to the notice.

This Court now **GRANTS** Plaintiff's notice of voluntary dismissal. [DE 52]. Accordingly, this Court now **DISMISSES WITHOUT PREJUDICE** this case, pursuant to Fed. R. Civ. P. 41(a)(2).

SO ORDERED.

ENTERED: June 1, 2020

/s/ JON E. DEGUILIO
Chief Judge
United States District Court